UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICARDO BARBOSA, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 14-cv-11255-IT |
| JOSH WALL, | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

May 8, 2015

TALWANI, D.J.

For the reasons stated in the accompanying Memorandum & Order:

1. Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus as Moot [#18] is ALLOWED.

2. Barbosa's Petition for Habeas Corpus [#1] is DISMISSED as moot.

3. Barbosa's Motion for Habeas Corpus Enlargement to Include Other (5) Direct Members of the Massachusetts Parole Board, the Sex Offender Registry Board of Massachusetts and the Essex County Sheriff's Department S.I. Officer and F.B.I Agent, in Total (7) Respondents to be Included [#43] is DENIED.

4. The court DENIES a certificate of appealability.

5. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge